VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
(559) 500-3900
(559) 500-3902 (Fax)
vsantos@santoslg.com

Attorney for ANGEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>ANGEL LOPEZ,<br><br>           Defendant. | Case No.: 1:20-CR-0241 DAD-BAM<br><br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL |

      Virna L. Santos, appointed counsel of record in the above-captioned case, hereby moves for an order allowing her to withdraw as counsel of record and for the appointment of new counsel to represent ANGEL LOPEZ.  As grounds she states:

1. Virna L. Santos was appointed to represent defendant on November 23, 2020:

2. At the time of appointment the undersigned was a member of the Criminal Justice Act Panel for the Eastern District of California.

3. Undersigned counsel has accepted a judicial appointment to the Fresno County Superior Court, and consequently, must close her private practice.

4. Defendant ANGEL MONTES is still in need of counsel.  The Federal Public Defender has contacted attorney James R. Homola, who is available to assume representation.

5. Accordingly, undersigned counsel requests that she be permitted to withdraw and that new counsel, James R. Homola (jrhomola@yahoo.com), be appointed nunc pro tunc as of April 19, 2022. Undersigned counsel requests that she be removed from the service list.

DATED: April 20, 2022

/s/ Virna L. Santos
VIRNA L. SANTOS
Attorney for Defendant
ANGEL LOPEZ


**ORDER**

Attorney Virna L. Santos' motion to withdraw as counsel is hereby GRANTED and her name should be removed from the service list. Attorney James R. Homola is hereby appointed as counsel *nunc pro tunc* as of April 19, 2022.

IT IS SO ORDERED.

Dated:   **April 20, 2022**    _____

UNITED STATES DISTRICT JUDGE