PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL LOPEZ, AND<br>ROCHLEM ERIC AQUINO YADAO<br><br>Defendants. | CASE NO. 1:20-CR-00241-DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: August 9, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. A status conference for this matter has been previously set for August 9, 2023.

2. By this stipulation, the government and defendant now move to continue the status conference to November 8, 2023. Time has already been excluded through January 2024.

//

//

//

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 3, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated:  August 3, 2023

/s/ JAMES R. HOMOLA
JAMES R. HOMOLA
Counsel for Defendant
ANGEL LOPEZ

Dated:  August 3, 2023

/s/ MELISSA BALOIAN
MELISSA BALOIAN
Counsel for Defendant
ROCHLEM ERIC AQUINO
YADAO

### ORDER

IT IS SO ORDERED that the status conference is continued from August 9, 2023, to **November 8, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time was previously excluded through January 2024.

IT IS SO ORDERED.

Dated:  **August 3, 2023**            /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE