PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>         v.<br><br>ANGEL LOPEZ, AND<br>ROCHLEM ERIC AQUINO YADAO<br><br>                            Defendants. | CASE NO.  1:20-CR-00241-DAD-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE; AND ORDER<br><br>DATE: November 8, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. A status conference for this matter has been previously set for November 8, 2023.

2. By this stipulation, the government and defendants now move to vacate the status conference date of November 8, 2023.  Time has already been excluded through January 2024, as a jury trial is set in this matter.

//

//

STIPULATION TO CONTINUE STATUS CONFERENCE          1

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 30, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated:  October 30, 2023

/s/ JAMES R. HOMOLA
JAMES R. HOMOLA
Counsel for Defendant
ANGEL LOPEZ

Dated:  October 30, 2023

/s/ MELISSA BALOIAN
MELISSA BALOIAN
Counsel for Defendant
ROCHLEM ERIC AQUINO YADAO

## ORDER

IT IS SO ORDERED that the status conference set for November 8, 2023, is vacated. Time was previously excluded through January 30, 2024.

IT IS SO ORDERED.

Dated:   **October 31, 2023**          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE                    2