```
JAMES R. HOMOLA   #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
ANGEL LOPEZ
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 20 CR 241 DAD-BAM |
| vs. | |
| | NOTICE OF WAIVER OF |
| ANGEL LOPEZ | PERSONAL APPEARANCE |
| Defendant. | |

    Defendant ANGEL LOPEZ hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is granted, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

    Defendant requests the Court to proceed during every absence of his which the Court may permit, pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, James R. Homola, as if Defendant was personally present; and further agrees to be present in person, in court, for trial any day and time the Court may direct.

    Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act (18 U.S.C. §§ 3161-3174), and authorizes his

attorney to set times and approve delays under the Act without the Defendant's physical presence.

Dated: July 2, 2024

                                              /s/ Angel Lopez
                                              ANGEL LOPEZ

Dated: July 3, 2024

                                              /s/ James R. Homola
                                              James R. Homola
                                              Attorney for Defendant

**O R D E R**
IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:  **July 3, 2024**                    /s/ Barbara A. McAuliffe
                                                      UNITED STATES MAGISTRATE JUDGE