```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
ANGEL LOPEZ
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 1:20-CR-00241-DAD-BAM |
| vs. | |
| | STIPULATION TO CONFIRM TRIAL DATE AND ORDER |
| ANGEL LOPEZ, | |
| Defendant. | |

    Defendants ANGEL LOPEZ by and through his attorney James R. Homola, and ROCHLEM ERIC AQUINO YADAO, through his attorney, Meslissa B. Baloian, and the United States of America, through its attorney, Stephanie Stokman, Assistant U.S. Attorney, hereby stipulate to the trial date of May 6, 2025, as currently scheduled, and, if the Court permits, waiving the status conference currently scheduled for December 11, 2024.

DATED: December 8, 2024

```
    /s/ James R. Homola              /s/ Melissa B. Baloian
    JAMES R. HOMOLA                  MELISSA B. BALOIAN
    Attorney for Defendant           Attorney for Defendant
    ANGEL LOPEZ                      ROCHLEM ERIC AQUINO YADAO


    /S/ Stephanie Stockman
    STEPHANIE STOKMAN
    Assistant U.S. Attorney
```

**ORDER**

IT IS SO ORDERED that the status conference date of December 11, 2024 is vacated. The jury trial date of May 6, 2025 and trial confirmation date April 7, 2025 are confirmed. The status conference set for March 26, 2025 remains as set.

IT IS SO ORDERED.

Dated: **December 10, 2024**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE