CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone:   (559) 779-2315
Facsimile:   (559) 442-1567

Attorney for Defendant
Angel Lopez

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF CALIFORNIA
***

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>Angel Lopez<br><br>Defendant. | Case: 1:20-cr-00241-TLN-BAM<br><br>MOTION TO UNSEAL TRANSCRIPT OF *MARSDEN* HEARING; ORDER |

**COMES NOW** Defendant Angel Lopez hereby moves this Honorable Court for an Order to unseal the transcript of the *Marsden* hearing held on July 25, 2025 currently ordered under seal in this case. (Dkt.459)

**PROCEDURAL HISTORY**

On May 8, 2025, Defendant Lopez was found guilty by jury. (Dkt.444) and subsequently field a motion for a new trial on July 18, 2025. (Dkt.457)

On August 12, 2025, Defendant Lopez requested and was granted a *Marsden* hearing August 25, 2025. (Dkt.459)

On September 3, 2025, the undersigned counsel was appointed to represent Mr. Lopez.

///

///

///

**ARGUMENT**

As part of the motion strategy, the undersigned counsel and Mr. Lopez discussed the theory of the motion for the new trial. During those conversations, the undersigned counsel had learned that certain evidence came out during the *Marsden* hearing that supports Defendant's allegations and theory for the motion for new trial. According to Mr. Lopez, his previously attorney had admitted to a number of investigative failures that directly support Mr. Lopez's theory for the motion for a new trial.

The *Marsden* hearing has been sealed by prior order of this Court on August 25, 2025.

The *Marsden* hearing may be unsealed upon request of a party. Upon the motion of any person, or upon the Court's own motion, the Court may, upon a finding of good cause or consistent with applicable law, order documents unsealed. See Fed. R. Crim. P.49.1.(d).

As such, Defendant Lopez now moves this court for an order unsealing the *Marsden* hearing for the purpose of providing factual evidence to support Defendant's theory of motion for the new trial

Defendant Lopez respectfully requests that the Court enter an order directing the Clerk of the Court to unseal the transcript of the *Marsden* hearing in its entirety.

Dated: November 21, 2025                     /s/ YAN SHRAYBERMAN
                                             YAN SHRAYBERMAN
                                             Counsel for Defendant
                                             Angel Lopez

///

///

///

MOTION TO UNSEAL TRANSCRIPT OF *MARSDEN* HEARING; ORDER                -2-

# ORDER

Good cause having been presented, the Court GRANTS Defendant's motion to unseal the Marsden hearing transcript conducted on August 25, 2025.  The transcript shall be released only to defense counsel.

IT IS SO FOUND AND ORDERED this 26th day of November, 2025.

_____
Troy L. Nunley
Chief United States District Judge